

FILED

3:19 pm, 8/24/10

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
   TRACY VIRGINIA SPRATT )
                                     ) Case No. 10-20588
                                       )
             Debtor(s) )

### ORDER APPOINTING ATTORNEY

THIS MATTER having come before the Court on the application of the Trustee for appointment of an attorney to represent the estate in an adversary proceeding to set aside a preferential transfer and it appearing that counsel should be appointed to prepare, maintain, and pursue that action on behalf of the Trustee consistent with the Trustee's application for retention of counsel, and it appearing to the Court that the application is appropriate under 11 U.S.C. Section 327 and F.R.B.P. Rule 2014 and that the appointment should be made,

IT IS HEREBY ORDERED THAT the appointment is approved and that Randy L. Royal is hereby authorized to act as counsel for the estate. His fee shall not exceed that referenced in his affidavit, which is subject to Court approval upon appropriate application.

DATED this 24 day of August, 2010.

BY THE COURT:

PETER J. MCNIFF
UNITED STATES BANKRUPTCY JUDGE